UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-303-FL-RJ-1

UNITED STATES OF AMERICA

v.

MILTON ERMILO ARREAGA ROBLERO

**INDEX OF EXHIBITS**

Exhibit 1 – Aerial view of 10300 Chapel Hill Road (taken from Google Earth)

Exhibit 2 – Surveillance videos from Tech Store and Sangam Mart (to be filed manually)

Exhibit 3 – Cary Police Department Call Log

Exhibit 4 – Notarized Affidavit of Jose Vega

Exhibit 5 – Officer Davis Accident Report

Exhibit 6 – Pictures of Jeep Cherokee and Estimate

Exhibit 7 – Godinez-Mendez Arrest Report

Exhibit 8 – Godinez-Mendez Release Order

Exhibit 9 – Pictures of Subaru

Exhibit 10 – United States of America v. Aljourna et al (District of Minnesota, Docket No. 0:26-MJ-23-PAM-DLM): Motion and Order Dismissing Complaint

Exhibit 11 – United States of America v. Martinez et al (Northern District of Illinois - Eastern Division, Docket No. 1:25-CR-636): Order Dismissing Indictment