UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-303-FL-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MILTON ERMILO ARREAGA ROBLERO | MANUAL FILING |

Please take notice that defendant Milton Ermilo Arreaga Roblero will manually file the following document or item to the Clerk of Court on Monday, February 23, 2026:

A thumb drive containing:

Exhibit: Surveillance videos from the Tech Store and Sangam Mart

| | | | |
|---|---|---|---|
| 📁 Bates M2_CNETGEEK | 1/22/2026 10:20 PM | File folder | |
| ▶ Clip_Office_Camera_5_103226_104726.mp4 | 1/7/2026 11:01 PM | MP4 File | 442,308 KB |
| ▶ Clip_Office_Camera_5_104459_105959.mp4 | 1/7/2026 11:02 PM | MP4 File | 412,996 KB |
| 📁 Bates M3_Sangam Mart Surveillance Video | 1/7/2026 11:02 PM | File folder | |
| ▶ Accident2.mp4 | 1/7/2026 11:02 PM | MP4 File | 6,996 KB |

