# CARY POLICE DEPT

| Call Time | Event ID | Rpt # | Street | Nature | Business | Serv | Agen | Primar |
|---|---|---|---|---|---|---|---|---|
| 12/02/2025 10:47:54 | 251202303 | 25002767 | 10260 CHAPEL H | ACCIDENT W | NEW LIFE CHU | LAW | MPD | 1671 |

Pursuant to N.C. General Statute 132-1.4 (Criminal Investigations; Intelligence Information records), the name, address, telephone number or other information that may identify the caller, victim, or witness is NOT public information, cannot be divulged
 and must be deleted.  Public records will provide the date, time, location, nature, and responder's identification number.  Public record does NOT include officer statements or comments or CAD notes.

Report Generated:  01/26/2026 12:28:54   | User ID: THINTON

\\PSFILESERVER1\OSSICAD\CAD\rpt\Option_LandscapeStandard