# DMV-349 (Rev. 4/2018) — NC Crash Report

THIS REPORT IS FOR THE USE OF THE DIVISION OF MOTOR VEHICLES. THE DATA IS COLLECTED FOR STATISTICAL ANALYSIS AND SUBSEQUENT HIGHWAY SAFETY PROGRAMMING. DETERMINATIONS OF "FAULT" ARE THE RESPONSIBILITY OF INSURERS OR OF THE STATE'S COURTS.

- No. of Units Involved: **5**
- Form **1** of **3**
- Supplemental Report: ☐
- Non-Reportable: ☐
- Date: 12/02/20
- County: WAKE
- Time: 1047 (24 Hour HH:MM)
- Local/Patrol Area: 25-002767

## Location
- Relation to Roadway Surface: 5
- Crash occurred: ☑ In — MORRISVILLE (Municipality)
- On: PVA 10260 CHAPEL HILL RD
- From: CHAPEL HILL RD
- Miles: 249 ft, (0 ft intersection)

## Unit #1
- ☑ Vehicle  ☐ Pedestrian  ☐ Hit & Run  ☐ Commercial Vehicle
- Driver: Milton Ermilo Arreaga Roblero
- Address: 10211 Chapel Hill Rd
- City: Morrisville  State: NC  Zip: 27560
- Same Address on Driver's License? ☐ Yes  ☑ No
- 34 Vision Obstruction: 0
- 35 Physical Condition: 1
- 36 D.L. Restrictions: (blank)
- 37 Alcohol/Drugs Suspected: 0
- 38 Alcohol/Drugs Test: 0
- 39 Results (if known): 0
- 40 Vehicle Seizure (DWI): ☐
- Owner: Jose Odilio Arreaga Roblero
- Address: 5403 Figure Eight Rd
- City: Myrtle Beach  State: SC  Zip: 29588
- Plate #: XGX-558  Plate State: SC  Plate Year: 2027
- VIN: 1HGFA16547L018558
- Vehicle Make: Honda  Year: 2025  41 Vehicle Style (Type): 1
- 42 Vehicle Drivable: ☐ Yes  ☑ No
- 43 TAD: BL-1, LD-2, FR-3
- 44 Estimated Damage: $10,000
- Insurance Company: (blank)
- Policy #: (blank)

## Unit #2
- ☑ Vehicle  ☐ Pedestrian  ☐ Hit & Run  ☐ Other
- Driver: Agent 1
- Address: 140 Centrewest Ct
- City: Cary  State: NC  Zip: 27513
- Same Address on Driver's License? ☐ Yes  ☑ No
- 34 Vision Obstruction: 0
- 35 Physical Condition: 1
- 36 D.L. Restrictions: None
- 37 Alcohol/Drugs Suspected: 0
- 38 Alcohol/Drugs Test: 0
- 39 Results (if known): 0
- 40 Vehicle Seizure (DWI): ☐
- Owner: US Dept Of Homeland Security
- Address: 180 Ted Turner Dr SW
- City: Atlanta  State: GA  Zip: 30303
- Plate #: (blank)
- VIN: 1C4RJFAG9KC544601
- Vehicle Make: Jeep  Year: 2019  41 Vehicle Style (Type): 31
- 42 Vehicle Drivable: ☑ Yes  ☐ No
- 43 TAD: BC-1
- 44 Estimated Damage: $1,000
- Insurance Company: Federal Government Agencies
- Policy #: (blank)

## 20 Commercial Vehicle: Cargo, Carrier Name, Address, Source
(blank — Source: ☐ Truck  ☐ Shipping Papers  ☐ Driver)

## Persons

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Names and Addresses | Veh# Towed To/By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 1 | Unit1-Drv1, Ped1, etc. see above | H | M | 2 | 1 | 0 | 2 | 1 | 4 | see above | Further Towing |
| B | 2 | 1 | 1 | Unit2-Drv2, Ped2, etc. see above | W | M | 2 | 1 | 0 | 2 | 1 | 5 | see above | |

- 46 Name of EMS: Wake EMS 46
- 47 Injured Taken by EMS to: Wake Med Brier Creek Raleigh

PAGE 1

# Crash Report

| 48 POINTS OF INITIAL CONTACT (Write in Codes) | Unit# 1 | 8 | | VEHICLE INFO. | Veh #1 | Veh #2 | ROADWAY INFO. | | WORK ZONE RELATED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unit# 2 | 3 | | 60 Authorized Speed Limit | 0 | 0 | 69 Road Feature | 4 | 78 Workzone Area | 5 | |
| CRASH SEQUENCE (Unit Level) | Unit# 1 | Unit# 2 | | 61 Estimate of Original Traveling Speed | 5 | 0 | 70 Road Character | 1 | 79 Work Activity | | |
| 49 Vehicle Maneuver/Action | 10 | 1 | | 62 Estimate of Speed at Impact | 8 | 0 | 71 Road Classification | 6 | 80 Work Area Marked | | |
| 50 Non-Motorist Action | | | | 63 Tire Impressions Before Impact (ft.) | 0 | 0 | 72 Road Surface Type | 4 | 81 Crash Location | | |
| 51 Non-Motorist Location Prior to Impact | | | | 64 Distance Traveled After Impact (ft.) | 40.2 | 0 | 73 Road Configuration | 3 | TRAILER INFO. | Unit# 1 | Unit# 2 |
| 52 Crash Sequence-First Event for This Unit | 31 | 31 | | 65 Emergency Vehicle Use | 4 | 4 | 74 Access Control | 1 | 82 Trailer Type | 0 | 0 |
| 53 Crash Sequence-Second Event | 28 | | | 66 Post Crash Fire (If "Yes" check block) | ☐ | ☐ | 75 Number of Lanes | 0 | 1st Trailer No. Axles | | |
| 54 Crash Sequence-Third Event | 32 | | | 67 School Bus – Contact Vehicle | ☐ | ☐ | 76 Traffic Control Type | 0 | Width (inches) | | |
| 55 Crash Sequence-Fourth Event | 20 | | | 68 School Bus – Noncontact Vehicle | ☐ | ☐ | 77 Traffic Control Oper | | Length (feet) | | |
| 56 Most Harmful Event for This Unit | 20 | 31 | | COMMERCIAL VEHICLE: Hazardous Materials Involved Unit | | | | | 2nd Trailer No. Axles | | |
| 57 Distance/Direction to Object Struck | 0 | 0 | | Haz Mat Placard ☐ Yes ☐ No | | | From Placard indicates: | | Width (inches) | | |
| 58 Vehicle Underride/Override | 3 | 3 | | Hazardous Cargo ☐ Yes ☐ No Released (does not include fuel from fuel tank) | | | 4-digit placard number  1-digit number from bottom of diamond | | 83 Unit# ___ Overwidth Trailer and Overwidth Mobile Home | Overwidth Permit # | |
| 59 Vehicle Defects | 0 | 0 | | Carrying Haz Mat ☐ Yes ☐ No | | | | | | | |

## 84 DIAGRAM

Indicate North

*[Diagram shows parking lot at PVA 10260 Chapel Hill Rd with vehicles positioned, not to scale]*

Unit #1 was: ☑ Traveling / ☐ Parked Facing N S E W on PVA 10260 CHAPEL HILL RD
Unit #2 was: ☑ Traveling / ☐ Parked Facing N S E W on PVA 10260 CHAPEL HILL RD

## 85 NARRATIVE

Vehicle 1 was stopped by Vehicle 2 (Law Enforcement). Vehicle 1 backed into Vehicle 2 then started forward and struck Vehicle 3 (Law Enforcement) in an attempt to elude Law Enforcement. To prevent a pursuit Vehicle 4 (Law Enforcement) attempted to stop vehicle 1 from moving forward. Vehicle 1 then struck Vehicle 4. Vehicle 1 then accelerated over the curb in an attempt to elude vehicle 4 and collided into Vehicle 5 that was parked in the PVA of 10260 Chapel Hill Rd. Vehicle 5 was unoccupied at the time.

Officer Name: K.J Davis
Officer Number: 535
Department: Morrisville Police Dept
Date of Report: 12/2/20

# DMV-349 Crash Report

**DMV-349 (Rev. 4/2018)**
THIS REPORT IS FOR THE USE OF THE DIVISION OF MOTOR VEHICLES. THE DATA IS COLLECTED FOR STATISTICAL ANALYSIS AND SUBSEQUENT HIGHWAY SAFETY PROGRAMMING. DETERMINATIONS OF "FAULT" ARE THE RESPONSIBILITY OF INSURERS OR OF THE STATE'S COURTS.

Do not write in these spaces

**No. of Units Involved:** 5
**Form** 2 **of** 3
☐ Supplemental Report ☐ Non-Reportable

**Date:** 12/02/20
**County:** Wake
**Time:** 1047 (24 Hour HH:MM)
**Local/Patrol Area:** 25-002767
**Date Received by DMV:**

## Location
Relation to Roadway Surface: 5
Crash occurred ☑ In ☐ Near **Morrisville** Municipality
On **PVA 10260 Chapel Hill Rd**
Miles from **Chapel Hill Rd** toward _____

---

### Unit # 3 ☑ Vehicle ☐ Pedestrian ☐ Hit & Run ☐ Commercial Vehicle
**Driver:** Agent 2
**Address:** 140 Centrewest Ct
**City:** Cary **State:** NC **Zip:** 27513
34 Vision Obstruction: 0
35 Physical Condition: 1
36 D.L. Restrictions:
37 Alcohol/Drugs Suspected: 0
38 Alcohol/Drugs Test: 0
39 Results (If known): 0
40 Vehicle Seizure (DWI):
**Owner:** US Dept of Homeland Security
**Address:** 180 Ted Turner Dr SW
**City:** Atlanta **State:** GA **Zip:** 30303
**VIN:** KM8J2CA46JU659885
**Vehicle Make:** Hyundai **Year:** 2026 **41 Style:** 31
**42 Vehicle Drivable:** ☑ Yes ☐ No
**43 TAD:** RBQ-1
**44 Estimated Damage:** $8,000
**Insurance Company:** Federal Government Agencies

### Unit # 4 ☑ Vehicle ☐ Pedestrian ☐ Hit & Run ☐ Other
**Driver:** Agent 3
**Address:** 140 Centrewest Ct
**City:** Cary **State:** NC **Zip:** 27513
34 Vision Obstruction: 0
35 Physical Condition: 1
36 D.L. Restrictions:
37 Alcohol/Drugs Suspected: 0
38 Alcohol/Drugs Test: 0
39 Results (If known): 0
40 Vehicle Seizure (DWI):
**Owner:** US Dept of Homeland Security
**Address:** 180 Ted Turner Dr SW
**City:** Atlanta **State:** GA **Zip:** 30303
**VIN:** 4S4WMABD9P3432448
**Vehicle Make:** Subaru **Year:** 2026 **41 Style:** 31
**42 Vehicle Drivable:** ☑ Yes ☐ No
**43 TAD:** RFQ-1, FD-2
**44 Estimated Damage:** $8,000
**Insurance Company:** Federal Government Agencies

---

### 20 COMMERCIAL VEHICLE

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Names and Addresses | Veh# Towed To/By |
|---|----|----|----|----|----|----|----|----|----|----|----|----|---------------------|------------------|
| A | 3 | 1 | 1 | Unit1-Drv1, Ped1, etc. see above | W | M | 2 | 1 | 0 | 2 | 1 | 5 | see above | |
| B | 4 | 1 | 1 | Unit2-Drv2, Ped2, etc. see above | W | M | 2 | 1 | 0 | 2 | 1 | 5 | see above | Bandit Towing |

PAGE 1

| 48 POINTS OF INITIAL CONTACT (Write in Codes) | Unit# 3 | 19, 18 | | VEHICLE INFO. | Veh # 3 | Veh # 4 | ROADWAY INFO. | | WORK ZONE RELATED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unit# 4 | 20, 1, 2, 3 | | 60 Authorized Speed Limit | 0 | 0 | 69 Road Feature | 4 | 78 Workzone Area | 5 |
| CRASH SEQUENCE (Unit Level) | Unit# 3 | Unit# 4 | | 61 Estimate of Original Traveling Speed | 0 | 10 | 70 Road Character | 1 | 79 Work Activity | |
| 49 Vehicle Maneuver/Action | 12 | 12 | | 62 Estimate of Speed at Impact | 0 | 10 | 71 Road Classification | 6 | 80 Work Area Marked | |
| 50 Non-Motorist Action | | | | 63 Tire Impressions Before Impact (ft.) | 0 | 0 | 72 Road Surface Type | 4 | 81 Crash Location | |
| 51 Non-Motorist Location Prior to impact | | | | 64 Distance Traveled After Impact (ft.) | 0 | 40.2 | 73 Road Configuration | 3 | TRAILER INFO. | Unit# 3 | Unit# 4 |
| 52 Crash Sequence-First Event for This Unit | 31 | 28 | | 65 Emergency Vehicle Use | 4 | 4 | 74 Access Control | 1 | 82 Trailer Type | 0 | 0 |
| 53 Crash Sequence-Second Event | | | | 66 Post Crash Fire (If "Yes" check block) | ☐ | ☐ | 75 Number of Lanes | 0 | 1st Trailer No. Axles | |
| 54 Crash Sequence-Third Event | | | | 67 School Bus – Contact Vehicle | ☐ | ☐ | 76 Traffic Control Type | 0 | Width (inches) | |
| 55 Crash Sequence-Fourth Event | | | | 68 School Bus – Noncontact Vehicle | ☐ | ☐ | 77 Traffic Control Oper | | Length (feet) | |
| 56 Most Harmful Event for This Unit | 31 | 28 | | COMMERCIAL VEHICLE: Hazardous Materials involved Unit ___ | | | | | 2nd Trailer No. Axles | |
| 57 Distance/Direction to Object Struck | 0 | 0 | | Haz Mat Placard ☐ Yes ☐ No   From Placard indicates: | | | | | Width (inches) | |
| 58 Vehicle Underride/Override | 3 | 3 | | Hazardous Cargo ☐ Yes ☐ No   4-digit placard number   1-digit number from bottom of diamond | | | | | 83 Unit# ___ Overwidth Trailer and Overwidth Mobile Home | Overwidth Permit # |
| 59 Vehicle Defects | 0 | 0 | | Carrying Haz Mat ☐ Yes ☐ No | | | | | | |

**84 DIAGRAM**

Indicate North

Unit # 3 was: ☑ Traveling ☐☐☐☑ on PVA 10260 Chapel Hill Rd
☐ Parked Facing N S E W

Unit # 4 was: ☑ Traveling ☑☑☑☑ on PVA 10260 Chapel Hill Rd
☐ Parked Facing N S E W

**85 NARRATIVE** (Note: If additional space is needed for the Narrative or Diagram, please use the Continuation Page.)

ADDITIONAL PROPERTY DAMAGE

86 Type/Owner _____ Owner Address _____ Phone _____

State Property ☐ Estimated Damage _____

WITNESS

Name _____ Address _____ Phone No ( ___ )
Name _____ Address _____ Phone No ( ___ )

TRAFFIC VIOLATION(S)

Name _____ Charger(s) _____ (Citation # optional)
Name _____ Charger(s) _____

Officer Name K.J. Davis    Officer Number 535    Department Morrisville Police Dept    Date of Report 12/2/20

Case 5:25-cr-00303-FL-RJ    Document 22-6    Filed 02/20/26    Page 4 of 6

# DMV-349 (Rev. 4/2018)

**No. of Units Involved:** 5
**Form:** 3 of 3
**Date:** 12/02/20
**County:** Wake
**Time:** 1047
**Local/Patrol Area:** 25-002767

## Location
- Relation to Roadway Surface: 5
- Crash occurred: ☑ In Morrisville
- On: PVA 10260 Chapel Hill Rd
- From: Chapel Hill Rd

### Unit # 5
- ☑ Vehicle
- Owner: F____ S____ A__ K____
- Plate #: WCM-KF
- Plate State: NC
- Plate Year: 2026
- VIN: 77523723338173B
- Vehicle Make: Porsche
- Vehicle Year: 2023
- Vehicle Style (Type): 1
- Drivable: ☐ Yes ☑ No
- 43 TAD: FD-1
- Estimated Damage: $10,000
- Insurance Company: ALLSTATE INSURANCE COMPANY
- Policy #: 968080651

## Persons
| Row | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Names and Addresses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 5 | | | Unit1-Drv1, Ped1, etc. see above | | | | | | | | ☑ see above | Veh# Towed To/By: MAS Towing |
| B | | | | Unit2-Drv2, Ped2, etc. see above | | | | | | | | ☑ see above | Veh# Towed To/By: |

| 48 POINTS OF INITIAL CONTACT (Write in Codes) | Unit# 5  3,2 | | VEHICLE INFO. | Veh # 5 | Veh # | ROADWAY INFO. | | WORK ZONE RELATED | |
|---|---|---|---|---|---|---|---|---|---|
| | Unit# | | 60 Authorized Speed Limit | 0 | 0 | 69 Road Feature | 4 | 78 Workzone Area | 5 |
| CRASH SEQUENCE (Unit Level) | Unit# 5 | Unit# | 61 Estimate of Original Traveling Speed | 0 | | 70 Road Character | 1 | 79 Work Activity | |
| 49 Vehicle Maneuver/Action | 2 | | 62 Estimate of Speed at Impact | 0 | | 71 Road Classification | 6 | 80 Work Area Marked | |
| 50 Non-Motorist Action | | | 63 Tire Impressions Before Impact (ft.) | 0 | | 72 Road Surface Type | 4 | 81 Crash Location | |
| 51 Non-Motorist Location Prior to Impact | | | 64 Distance Traveled After Impact (ft.) | 3 | | 73 Road Configuration | 3 | TRAILER INFO. | Unit# 5  Unit# |
| 52 Crash Sequence-First Event for This Unit | 20 | | 65 Emergency Vehicle Use | | | 74 Access Control | 1 | 82 Trailer Type | 0 |
| 53 Crash Sequence-Second Event | | | 66 Post Crash Fire (If "Yes" check block) | ☐ | ☐ | 75 Number of Lanes | | 1st Trailer No. Axles | |
| 54 Crash Sequence-Third Event | | | 67 School Bus – Contact Vehicle | ☐ | ☐ | 76 Traffic Control Type | 0 | Width (inches) | |
| 55 Crash Sequence-Fourth Event | | | 68 School Bus – Noncontact Vehicle | ☐ | ☐ | 77 Traffic Control Oper | | Length (feet) | |
| 56 Most Harmful Event for This Unit | 20 | | COMMERCIAL VEHICLE: Hazardous Materials Involved Unit ___ | | | | | 2nd Trailer No. Axles | |
| 57 Distance/Direction to Object Struck | 0 | | Haz Mat Placard ☐ Yes ☐ No | | From Placard indicates: | | | Width (inches) | |
| 58 Vehicle Underride/Override | 3 | | Hazardous Cargo ☐ Yes ☐ No | | 4-digit placard number | 1-digit number from bottom of diamond | | Length (feet) | |
| | | | Released (does not include fuel from fuel tank) | | | | | 83 Unit# ___ Overwidth Trailer and Overwidth Mobile Home | Overwidth Permit # |
| 59 Vehicle Defects | 0 | | Carrying Haz Mat ☐ Yes ☐ No | | ___ ___ ___ ___ | ___ | | | |

**84 DIAGRAM** — Indicate North

Unit # 5 was: ☐ Traveling ☑ Parked Facing N S ☑E W on PVA 10260 Chapel Hill Rd    Unit# ___ was: ☐ Traveling ☐ Parked Facing N S E W on ___

**85 NARRATIVE** (Note: If additional space is needed for the Narrative or Diagram, please use the Continuation Page.)

86 Type/Owner ___

ADDITIONAL PROPERTY DAMAGE — Owner Address ___ Phone ___    State Property ☐  Estimated Damage ___

WITNESS

Name ___ Address ___ Phone No ( ___ ) ___
Name ___ Address ___ Phone No ( ___ ) ___

TRAFFIC VIOLATION(S)

Name ___ Charger(s) ___
Name ___ (Citation # optional) Charger(s) ___

Officer Name K.J. Davis    Officer Number 535    Department Morrisville Police Dept    Date of Report 12/2/20