



**Body Work Estimate**

**Customer:** B███ W████████████████
 **Vehicle:** Jeep Grand Cherokee
 **Service Date:** N/A

**Description of Work:**

- Front bumper buffing
- Removal of existing paint on front bumper
- Surface preparation for refinishing

**Estimated Cost:**
 **$375.00 ±** (depending on condition and labor required)

**Notes:**

- Final price may vary based on the extent of damage and time required.
- This estimate does not include repainting unless otherwise specified.
- Additional repairs, if discovered, will be discussed prior to proceeding.

**Received by: Matthews Motors Clayton sublet company Johan's Motorcycle Repairs
 Date:** 1/16/2026