| Arrest Record Report |
|---|

| Print | Previous | Next | Return |



## GODINEZ-MENDEZ, MAYNOR WILSON

**Age as of:** 12-09-2025  31
**Sex:** MALE

**Residence Address:** 10211 CHAPEL HILL RD MORRISVILLE, NC 27560
**Arrest Location:** 260 TOWNHALL DR MORRISVILLE, NC
**Arresting Officer:** J LUCK-MPD

**Charges:**

| Date | Statute | Description |
|---|---|---|
| 11-11-2025 | 14-316.1 | CONTRIBUTING DEL OF JUVENILE |

Case 5:25-cr-00303-FL-RJ    Document 22-8    Filed 02/20/26    Page 1 of 1