# STATE OF NORTH CAROLINA

WAKE County

File No. 25CR462466-910

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

**Name And Address Of Defendant**
Maynor Wilson Godinez-Mendez
1001 Village Greenway
Apt C
Cary      NC    27511-4236

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

Process No. #RO-25-774742

Amount Of Bond: $

**File Numbers And Offenses**
25CR462466-910   WFA: M.- CONTRIBUTING DEL OF JUVENILE;

☐ See Attachment.

**Location Of Court:** Wake Co. Justice Center, Courtroom 101     ☒ District ☐ Superior   Date 12/17/2025   Time 7:45 AM

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☒ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☐ SECURED BOND in the amount shown above (NOTE: Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of: ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☒ The defendant is required to provide (check all that apply) ☒ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her (check all that apply): ☒ fingerprints; ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached  ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
   ☐ AOC-CR-660. ☐ Other: _____

**Additional Information**
Born in Guatamela, not here legally

| Date | Name Of Judicial Official | Signature Of Judicial Official | |
|---|---|---|---|
| 11/13/2025 | A PRIEST | Allyson [signature] | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☐ produce him/her in Court as provided above.
☐ hold him/her. ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☐ (for charges covered by G.S. 15A-533(h), 15A-534.1, 154-534.7, or 15A-534.8) produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest) _____ produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|
| | 11/13/2025 | A PRIEST | Allyson [signature] |

AOC-CR-200, Rev. 10/23, © 2023 Administrative Office of the Courts     (Over)     Original     VRA Case

Case 5:25-cr-00305-FL-RJ     Document 22-9     Filed 02/20/26     Page 1 of 2

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| 11/13/2025 | [signed] | |
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

### DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| 11/13/25 | 2120 | Sgt F/h 2383 |

### CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |

### SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |

### DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| 11/13/25 | 2120 | Sgt F/h 2383 |

### DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |

NOTE TO CUSTODIAN: *This form shall accompany the defendant to court for all appearances.*
AOC-CR-200, Side Two, Rev. 10/23
© 2023 Administrative Office of the Courts

Original