IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CR-303-FL-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MILTON ERMILO ARREAGA ROBLERO | **AMENDED MOTION FOR EXTENSION TO FILE RESPONSE TO D.E. 22 AND 24** |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully moves this Court for an extension to file response to D.E. 22 and 24 for an additional two weeks, until March 20, 2026. In support, the government shows the following:

1.     On December 16, 2025, a federal grand jury handed down a two-count indictment charging the defendant with assault on a government officer with a deadly or dangerous weapon and destruction of government property. (D.E. 12).

2.     On February 20, 2026, the defendant moved to dismiss the indictment (D.E. 22) and for in camera review of a grand jury transcript (D.E. 24). The government's response to that motion is due March 6, 2026. Counsel for the United States is scheduled to begin a jury trial in a child rape case on March 2, 2026. *United States v. Mayes*, No. 7:22-CR-74-D, which was scheduled before the defendant filed his motions. Thus, counsel must focus on a sensitive jury trial the same week the government's response is due.

3.     Counsel for the government contacted counsel for the defendant, Jay Todd, and he is unopposed to the extension.

4.     This motion is not filed for purposes of delay. The defendant's motions

1

raise serious allegations and seek extraordinary remedies—piercing grand jury secrecy and dismissal of an indictment. The government deserves reasonable time to answer those allegations, and the government wants to provide this Court with a thoughtful, well-prepared response.

WHEREFORE, the government respectfully asks this Court to for a an extension to file response to D.E. 22 and 24 filed on February 20, 2026 until March 16, 2026.

Respectfully submitted, this 27th day of February, 2026.

W. ELLIS BOYLE
United States Attorney

*/s/ Ashley Foxx*
Ashley Foxx
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office, EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
NC Bar No. 49208

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing motion has been served upon the defendant by CM/ECF as follows:

James E. Todd , Jr.
Federal Public Defender's Office
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
919-856-4236
Email: jay_todd@fd.org

/s/ *Ashley Foxx*
Ashley Foxx
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office, EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
NC Bar No. 49208

3