UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-303-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MILTON ERMILO ARREAGA ROBLERO | RESPONSE TO GOVERNMENT'S MOTION AND AMENDED MOTION FOR EXTENSION OF THE RESPONSE TIME |

The Defendant, Milton Ermilo Arreaga Roblero, by and through undersigned counsel, submits this response to correct Mr. Roblero's position regarding the Governments' motion and amended motion for an extension of time to respond to the Motion to Dismiss, DE 22, and the Motion for In Camera Review, DE 24.

On February 26, 2027, undersigned counsel informed counsel for the government he would not oppose an extension until March 16, 2026, but would strongly oppose any extension beyond that date. Counsel stands by every word of the Motion to Dismiss. Mr. Roblero is the party with the due process liberty rights and right to mount a complete defense. Every day he remains in jail beyond the time necessary to resolve this case is a day too long.

The Government's initial motion states a requested date of March 20, 2026, and notes my opposition. The amended motion incorrectly represents that I don't oppose an extension until March 20th. It appears the amended motion put the March 20th date by mistake. The extension the government requests is until March 16, 2026, not March 20, 2026. Counsel does not oppose an extension until March 16, 2026.

Respectfully submitted this 27th day of February, 2026.

G. ALAN DuBOIS
Federal Public Defender

*/s/ James E. Todd, Jr.*
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ASHLEY H. FOXX
Assistanted United States Attorney
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on February 27, 2026 using the

CM/ECF system which will send notification of such filing to the above.

This the 27th of February, 2026.

G. ALAN DuBOIS
Federal Public Defender

*/s/ James E. Todd, Jr.*
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed