UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-303-FL

UNITED STATES OF AMERICA

v.

MILTON ERMILO ARREAGA
ROBLERO

SUPPLEMENTAL AUTHORITY IN
SUPPORT OF MOTION TO DISMISS

The Defendant, Milton Ermilo Arreaga Roblero, by and through undersigned counsel, provides additional case authority in support of his Motion to Dismiss, DE 22. In *United States v. Miguel Angel Garcia-Martinez*, the government moved to dismiss the indictment which charged a felony assault in violation of 18 U.S.C. § 111. Dismissal Order, DE 19, Case No. 3:26-CR-11-KDB (WDNC March 9, 2026), Attach. 1.

In *Garcia-Martinez*, like the five cases cited in Mr. Roblero's Motion to Dismiss, DE 22, pp.18-19, it appears the video evidence contradicted -- or at least called in to doubt -- the veracity of the allegations in the Complaint, and the Indictment. DE 1 & 16, Attach. 2 & 3.

According to a media report, the video taken by the immigration officers recorded them exclaiming it would be "fun" to "smash" Mr. Garcia-Martinez's vehicle, shouting, "hit him, guys*!" Prosecutors dismiss charges against man chased by ICE, border patrol agents in Charlotte*, March 10, 2026. Attach. 4. A spokesperson for the government explained, "where it is just and proper to dismiss a case, we won't hesitated to do so." *Id.*

The same pattern happened here as in *Garcia-Martinez* and the five cases cited in Mr.

1

Roblero's Motion to Dismiss. The video evidence contradicts the immigration officers' story.

Motion to Dismiss, DE 22, pp.5-7. The government should follow the example of these six cases.

If not, this Court should.

As the government acknowledged in *Garcia-Martinez*, dismissal is "just and proper."

Respectfully submitted this 11th day of March, 2026.

G. ALAN DuBOIS
Federal Public Defender

***/s/ James E. Todd, Jr.***
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail:  Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ASHLEY H. FOXX
Assistanted United States Attorney
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on  March 11, 2026 using the

CM/ECF system which will send notification of such filing to the above.

This 11th day of March, 2026.

G. ALAN DuBOIS
Federal Public Defender

**/s/ James E. Todd, Jr.**
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail:  Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed

3