Physical 1A/1C Cover Sheet for Serial Export

**Created From:** 89B-CE-4171097

Serial 5

**Package:** 1A7

**Stored Location:** None

**Summary:** (U) Surveillance Footage Provided by Dushyant Mistry, CNETGEEK, 10300 Chapel Hill Rd, Ste 200, Morrisville, NC 27560

**Acquired By:** PENDLEY MICHAEL R

**Acquired On:** 2025-12-03

**Attachment:** (U) Surveillance Footage Provided by Dushyant Mistry, CNETGEEK, 10300 Chapel Hill Rd, Ste 200, Morrisville, NC 27560