UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-303-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MILTON ERMILO ARREAGA ROBLERO | CONSENT MOTION TO RESOLVE THIS CASE WITH A MISDEMEANOR PLEA TO 18 U.S.C. § 111(a), AND FOR CONSOLIDATED PLEA AND SENTENCING BEFORE A UNITED STATES MAGISTRATE JUDGE<br><br>28 U.S.C.§ 636(a)(3); 18 U.S.C. § 3401(a) |

The Defendant, Milton Ermilo Arreaga Roblero, with the consent of Assistant United States Attorney Ashley Foxx, respectfully requests that the Court designate a United States Magistrate Judge to conduct arraignment and sentencing for a misdemeanor charge of impeding a federal officer, 18 U.S.C. § 111(a). In support, Mr. Roblero presents the following:

1. The parties have agreed to resolve the above-captioned case with a guilty plea to a criminal information charging a misdemeanor violation of 18 U.S.C. § 111(a), for impeding federal immigration officers' traffic interdiction efforts on December 2, 2025. In exchange, the Government will dismiss the two-count indictment returned December 16, 2025. DE 12. The Government will also recommend a sentence of time served.

2. The parties request and consent to a consolidated plea and sentencing before a United States Magistrate Judge, as permitted by 18 U.S.C. § 3401(a) and 28 U.S.C. § 636(a)(3).

3. The parties will waive the issuance of a Presentence Report since the record enables the Court to "meaningfully exercise its sentencing authority," Fed. R. Crim. P. 32(c)(1)(A)(ii).

4. The parties stipulate that the applicable guideline range is 0-6 months, based on a total offense level 6, criminal history category I. The base offense level is 10, U.S.S.G. § 2A2.4(a). No other Chapter Two, Three, Four or Five enhancements apply. There is a two-level reduction for acceptance of responsibility, U.S.S.G § 3E1.1(a), and an additional two-level reduction for a zero-point offender, U.S.S.G. § 4C1.1.

5. The parties will request a sentence of time served. Mr. Roblero has already been in federal custody for more than four months, since December 2, 2025. He will be removed to Guatemala upon completion of any sentence imposed.

Finally, the parties agree that the interests of justice and judicial efficiencies warrant granting this motion and resolution of this case in accordance with the stipulations and agreements contained therein. Should the Court grant this motion, Mr. Roblero respectfully requests that the assigned Magistrate Judge set arraignment and sentencing at the earliest convenient date.

Respectfully submitted this 20th day of April, 2026.

G. ALAN DuBOIS
Federal Public Defender

**/s/ James E. Todd, Jr.**
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ASHLEY H. FOXX
Assistant United States Attorney
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on April 20, 2026 using the

CM/ECF system which will send notification of such filing to the above.

This the 20th day of April, 2026.

G. ALAN DuBOIS
Federal Public Defender

**/s/ James E. Todd, Jr.**
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed