UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION

NO.  5:25-CR-303-FL

UNITED STATES OF AMERICA

v.                                                                        ORDER

MILTON ERMILO ARREGA ROBLERO


This matter comes before the Court upon Defendant's Consent Motion to designate a

United States Magistrate Judge to conduct arraignment and sentencing for a misdemeanor charge

of impeding a federal officer, 18 U.S.C. § 111(a). For good cause shown, the motion is

GRANTED.  The Court designates United States Magistrate Judge Jones to conduct arraignment

and sentencing for the misdemeanor § 111(a) charge at the earliest convenient session.


SO ORDERED.

This 21st day of April, 2026.


LOUISE W. FLANAGAN
United States District Judge