UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-303-FL-RJ

FILED IN OPEN COURT
ON 4-28-2026
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. ) **CRIMINAL INFORMATION**
)
MILTON ERMILO ARREAGA ROBLERO )

The United States Attorney charges:

On or about December 2, 2025, in the Eastern District of North Carolina, the defendant, MILTON ERMILO ARREAGA ROBLERO, did forcibly impede any person designated in 18 U.S.C. § 1114, to wit: federal deportation officers who were engaged in official duties in violation of Title 18, United States Code, Section 111(a).

W. ELLIS BOYLE
United States Attorney

by: _____
Ashley Holloway Foxx
Assistant United States Attorney