NO. 5:25-CR-303-KS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | UNOPPOSED MOTION TO CORRECT WORDING OF THE JUDGMENT |
| MILTON ERMILO ARREAGA ROBLERO | Fed. R. Crim. P. 36 |

The Defendant, Milton Ermilo Arreaga Roblero, by and through counsel, respectfully requests that the Court correct the wording of the judgment entered May 4, 2026. DE 41. Specifically, Mr. Roblero requests that the Court correct the description of the nature of offense, by replacing "Assault on a Government Officer" with "Impeding a Government Officer," to accurately record the misdemeanor offense charged in the Criminal Information to which Mr. Roblero pled guilty. Counsel has consulted with Assistant United States Attorney Ashley Foxx, who does not oppose this request. In support, Mr. Roblero presents the following:

1. To resolve this case, the parties engaged in extensive negotiations to clarify the misdemeanor offense under 18 U.S.C. § 111(a) to which Mr. Roblero would plead guilty. The parties agreed that Mr. Roblero would plead guilty to a misdemeanor for forcibly impeding a federal official. *See* Consent Motion, DE 34; Superseding Criminal Information, DE 36.

2. 18 U.S.C. § 111(a) lists several distinct ways a person could violate that statute – one who "forcibly assaults, resists, opposes, impedes, intimidates, or interferes with" a federal official. As a result of the negotiations, the parties settled on a plea to impeding a federal

official, to the exclusion of the other means of violating 18 U.S.C. § 111(a). Superseding Criminal Information, DE 36.

3. Rule 36 of the Federal Rules of Criminal Procedure permits a Court to "correct an error in a judgment," to accurately record the offense to which a person pled guilty. *United States v. Blackwell*, 515 F.2d 125, 127 4th Cir. 1975) (describing a correction of the offense of conviction as a "clerical error" under Rule 36).

For these reasons, Mr. Roblero respectfully requests that the Court enter an amended judgment that corrects the Nature of Offense description to replace "Assault on a Government Officer" with "Impeding a Government Officer."

Respectfully submitted this 5th day of May, 2026.

G. ALAN DuBOIS
Federal Public Defender

*/s/ James E. Todd, Jr.*
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

    ASHLEY H. FOXX
    Assistant United States Attorney
    United States Attorney's Office
    Eastern District of North Carolina
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on  May 5, 2026 using the

CM/ECF system which will send notification of such filing to the above.

    This the 5th day of May, 2026.

                    G. ALAN DuBOIS
                    Federal Public Defender

                    ***/s/ James E. Todd, Jr.***
                    JAMES E. TODD, JR.
                    Assistant Federal Public Defender
                    Attorney for Defendant
                    Office of the Federal Public Defender
                    201 South Evans Street, Suite 153
                    Greenville, North Carolina 27858
                    Telephone: 252-830-2620
                    Fax: 252-830-2232
                    E-mail:  Jay_Todd@fd.org
                    N.C. State Bar No. 28832
                    LR 57.1 Counsel
                    Appointed